# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REGINA LYNN, | Civil No. 3:21-CV-05737-TLF |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Commissioner will instruct the administrative law judge (ALJ) to offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.  The ALJ will reevaluate the medical opinions and prior administrative medical findings.  The ALJ will reevaluate the claimant's alleged symptoms.  As warranted, the ALJ will reevaluate the claimant's maximum residual functional capacity.  If warranted by the expanded record, the ALJ will obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on the claimant's ability to perform other work in the national economy.

Page 1      ORDER - [3:21-CV-05737-TLF]

DATED this __15_ day of ___March__ 2022.

*Theresa L. Fricke*
THERESA L. FRICKE
UNITED STATES MAGISTRATE JUDGE